

James L. PURVIS, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 04–7144.

United States Court of Appeals, Federal Circuit.

Nov. 18, 2004.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Michael Joseph KEARNS, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 04–5124.

United States Court of Appeals, Federal Circuit.

Nov. 18, 2004.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit

Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Bruce K. BOUNDY, Plaintiff–Appellant,

v.

UNITED STATES PATENT AND TRADEMARK OFFICE, Defendant–Appellee,

and

Jon W. Dudas, Under Secretary of Commerce for Intellectual Property and Director of the Patent and Trademark Office, Theresa Walberg, Joseph Pelham, and John W. Jeffery, Defendants–Appellees.

No. 04–1561.

United States Court of Appeals, Federal Circuit.

Nov. 18, 2004.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule